# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Alejandro Gutierrez and Ludivina Gutierrez

Debtors

Chapter 13 No.     14-25232

Judge     Pamela S. Hollis

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 14, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Mark Johnson

## Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on March 14, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1225

**SERVICE LIST**

Alejandro Gutierrez and Ludivina Gutierrez
279 E. Daisy Circle
Romeoville, IL 60446

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076